MN-302
(Rev'd 10/00)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | CASE NO. <u>05-80437-DDO</u> |
| OBENG AMOAKO, SUSAN MARIE | ) | |
| | ) | TRUSTEE'S FINAL REPORT AND |
| | ) | PROPOSED DISTRIBUTION |
| Debtor (s) | ) | |

The undersigned Trustee submits the following Final Report and Proposed Distribution:

1. That attached hereto as <u>Form 1</u> is an accounting of the trustee's disposition of all property of the estate.

2. That attached hereto as <u>Form 2</u> is an itemized statement of the trustee's receipts and disbursements showing total receipts of $<u>21,842.28</u>, disbursements of $<u>17.87</u>, and balance on hand of $<u>21,824.41</u>. The balance on hand will remain in the estate's interest-bearing account until the date of distribution. The additional interest earned, if applicable, will be distributed pro-rata pursuant to the applicable section(s) of the Bankruptcy Code.

3. The trustee has examined all proofs of claim and all objections to such proofs have been determined by the Court or settled by the parties. The trustee has attached copies of any such orders or settlements.

4. The trustee proposes to pay the following liens, or other interests in property of the estate totaling $_____ (not including interim disbursements reported on Form 2):

| Name of<br>Entity | Nature of<br>Interest | Proposed<br>Payment |
|---|---|---|

5. The maximum allowable trustee compensation is $<u>2,934.23</u>. The trustee has received $<u>0.00</u> for interim compensation, and $<u>0.00</u> for reimbursement of interim expenses and requests an additional $<u>2,934.23</u> for final compensation and an additional $<u>22.32</u> for final reimbursement of expenses.

6. The trustee proposes to distribute the balance remaining after deduction of any amounts in paragraph 4 in accordance with 11 U.S.C. §726 as follows:

     (a)    $2,956.55, for administrative expenses not previously disbursed, including Trustee compensation and reimbursement requested in paragraph 5, Court costs, requests by professionals, agents and committees and other expenses necessary to preserve the estate as itemized below or in Exhibit A attached hereto:

| Name of Entity | Type of Service or Expense | Amount Requested | Proposed Allowance |
|---|---|---|---|
| RANDALL L. SEAVER, TRUSTEE | TRUSTEE FEES | 2,934.23 | 2,934.23 |
| RANDALL L. SEAVER, TRUSTEE | TRUSTEE EXPENSES | 22.32 | 22.32 |

     (b)    $1,838.88 for priority creditors, in the order specified in §507(a) (2)-(9), as itemized below or in Exhibit B-1 attached hereto (if wage claims are paid, attach Exhibit B-2):

| Name of Entity | Claim No. | Priority Class | Amount Claimed | Amount to be Paid |
|---|---|---|---|---|
| IRS | 00000005 | 061 | 1,838.88 | 1,838.88 |
| Total | | | $1,838.88 | $1,838.88 |

     (c)    $17,028.98, for unsecured creditors allowed in the total amount of $36,937.64, yielding a dividend of 46.1019708% as itemized below or in Exhibit C attached hereto:

| Name of Entity | Claim No. | Amount Claimed or Allowed | Amount to be paid |
|---|---|---|---|
| American Express Centurion Bank | 00000002 | 17,536.26 | 8,084.56 |
| FIRST EQUITY CARD CORP | 00000004 | 2,341.89 | 1,079.66 |
| Household Finance Corporation/Benef | 00000006 | 11,442.18 | 5,275.07 |
| IRS * | 000005 | 165.65 | 76.37 |
| SALLIE MAE | 00000003 | 5,451.66 | 2,513.32 |
| Total | | $36,937.64 | $17,028.98 |

     7.    The trustee's distribution of gross receipts of $21,842.28 from liquidation of all property of the estate is summarized below:

$     2,934.23    a.    Trustee Compensation
$         0.00    b.    Fee for Attorney for Trustee

| | | | |
|---|---|---|---|
| $ | 0.00 | c. | Fee for Attorney for Debtor |
| $ | 0.00 | d. | Other Professionals |
| $ | 40.19 | e. | <u>All</u> expenses, including Trustee and Court costs |
| $ | 0.00 | f. | Secured Creditors |
| $ | 1,838.88 | g. | Priority Creditors |
| $ | 17,028.98 | h. | Unsecured Creditors |
| $ | 0.00 | i. | Other Payments, <u>except to Debtor</u> (including interests other than secured claims and exemptions to debtors--i.e. payment of a co-owner's interest in property liquidated by trustee) |
| $ | 21,842.28 | j. | SUBTOTAL (sum of lines a through i) |
| $ | 0.00 | k. | Payments to Debtor (including payments of exemptions) |
| $ | 21,842.28 | l. | TOTAL DISBURSEMENTS (sum of lines j and k) |

8. The undersigned trustee certifies to the Court and the United States Trustee that the trustee has faithfully and properly fulfilled the duties of the office of the trustee, that the trustee has examined all proofs of claim as appropriate under the proposed distribution, that the proposed distribution, attached hereto, is proper, and consistent with the law and rules of the Court, and that the trustee has no agreement or understanding, expressed or implied, with anyone as to any division of fees in the above matter.

WHEREFORE, the trustee requests that the Final Report and Proposed Distribution be accepted.

Dated: July 23, 2006          /e/ Randall L Seaver
                              RANDALL L. SEAVER, Trustee
                              12400 PORTLAND AVENUE SOUTH
                              SUITE 132
                              BURNSVILLE, MN  55337
                              (952) 890-0888

REVIEW BY UNITED STATES TRUSTEE

I have reviewed the trustee's Final Report and Proposed Distribution.

Dated:  8/21/06               HABBO G. FOKKENA
                              UNITED STATES TRUSTEE
                              Region 12

                              By: /s/ Mary M. Ueland

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1

Case No: 05-80437 DDO Judge: Dennis D. O'Brien
Case Name: OBENG AMOAKO, SUSAN MARIE
For Period Ending: 07/25/06

Trustee Name: RANDALL L. SEAVER
Date Filed (f) or Converted (c): 10/15/05 (f)
341(a) Meeting Date: 01/25/06
Claims Bar Date: 06/26/06

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANK ACCOUNTS | 97.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 2. HOMESTEAD | 229,800.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 3. 2004 TOYOTA CAMRY | 13,824.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 4. COMPUTER AND RELATED ITEMS | 300.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 5. CD'S AND DVD'S | 50.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 6. JEWELRY | 100.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 7. CAMERA | 50.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 8. VIDEO CAMERA | 50.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 9. TOOLS | 50.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 10. HOUSEHOLD GOODS AND FURNISHINGS | 1,500.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 11. WEARING APPAREL | 1,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 12. LAWN MOWER & SNOWBLOWER | 100.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 13. DOG | 0.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |

LFORM1

Ver: 11.50c

Case No: 05-80437 DDO Judge: Dennis D. O'Brien  
Case Name: OBENG AMOAKO, SUSAN MARIE

Trustee Name: RANDALL L. SEAVER  
Date Filed (f) or Converted (c): 10/15/05 (f)  
341(a) Meeting Date: 01/25/06  
Claims Bar Date: 06/26/06

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14. PREFERENCE RECOVERY - CHASE ACCOUNT (u) | 0.00 | 1.00 | | 10,712.67 | 0.00 |
| 15. PREFERENCE RECOVERY -CHASE ACCOUNT (u) | 0.00 | 1.00 | | 8,243.58 | 0.00 |
| 16. Post-Petition Interest Deposits (u) | Unknown | N/A | | 49.44 | Unknown |
| 17. PREFERENCE RECOVERY (u) CHASE ACCOUNT -4900-1027 | 0.00 | 1.00 | | 2,836.59 | 0.00 |

TOTALS (Excluding Unknown Values) $ 246,921.00 $ 3.00 $ 21,842.28

Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 07/31/06  Current Projected Date of Final Report (TFR): 07/31/06

LFORM1

Ver: 11.50c

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 05-80437 -DDO | Trustee Name: | RANDALL L. SEAVER |
|---|---|---|---|
| Case Name: | OBENG AMOAKO, SUSAN MARIE | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******8871 Money Market - Interest Bearing |
| Taxpayer ID No: | *******9531 | | |
| For Period Ending: | 07/25/06 | Blanket Bond (per case limit): | $ 20,248,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/24/06 | 14 | First USA Bank | PREFERENCE RECOVERY | 1241-000 | 10,712.67 | | 10,712.67 |
| 03/24/06 | 15 | First USA Bank | PREFERENCE RECOVERY | 1241-000 | 8,243.58 | | 18,956.25 |
| 03/31/06 | 16 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.53 | | 18,957.78 |
| 04/28/06 | 16 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 15.57 | | 18,973.35 |
| 05/31/06 | 16 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 16.12 | | 18,989.47 |
| 06/19/06 | 17 | First USA Bank, NA P.O. Box 15062 Wilmington, DE 19850 | PREFERENCE RECOVERY | 1241-000 | 2,836.59 | | 21,826.06 |
| 06/22/06 | 000101 | Interantional Sureties, Ltd. ATTN: Marley V. Miller 203 Carondelolet, Ste. 500 New Orleans, LA 70112 | Trustee bond Bond #016018055 | 2300-000 | | 17.87 | 21,808.19 |
| 06/30/06 | 16 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 16.22 | | 21,824.41 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | 21,842.28 | 17.87 | 21,824.41 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 21,842.28 | 17.87 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 21,842.28 | 17.87 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market - Interest Bearing - *******8871 | 21,842.28 | 17.87 | 21,824.41 |
| | 21,842.28 | 17.87 | 21,824.41 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    21,842.28    17.87

Ver: 11.50c

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 05-80437 -DDO | | Trustee Name: | RANDALL L. SEAVER |
| Case Name: | OBENG AMOAKO, SUSAN MARIE | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******8871 Money Market - Interest Bearing |
| Taxpayer ID No: | *******9531 | | | |
| For Period Ending: | 07/25/06 | | Blanket Bond (per case limit): | $ 20,248,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | Page Subtotals | 0.00 | 0.00 | |

# PROPOSED DISTRIBUTION

Case Number: 05-80437  DDO  Page 1  Date: July 25, 2006
Debtor Name: OBENG AMOAKO, SUSAN MARIE

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $21,824.41 |
| 00000005 | IRS | Priority | 061 | $1,838.88 | $0.00 | $1,838.88 | $1,838.88 | $19,985.53 |
| 00000002 | American Express Centurion Bank | Unsec | 070 | $17,536.26 | $0.00 | $17,536.26 | $9,488.19 | $10,497.34 |
| 00000003 | SALLIE MAE | Unsec | 070 | $5,451.66 | $0.00 | $5,451.66 | $2,949.68 | $7,547.66 |
| 00000004 | FIRST EQUITY CARD CORP | Unsec | 070 | $2,341.89 | $0.00 | $2,341.89 | $1,267.11 | $6,280.55 |
| 00000006 | Household Finance Corporation/Beneficial | Unsec | 070 | $11,442.18 | $0.00 | $11,442.18 | $6,190.92 | $89.63 |
| 000005 | IRS * | Unsec | 070 | $165.65 | $0.00 | $165.65 | $89.63 | $0.00 |
| << Totals >> | | | | $38,776.52 | $0.00 | $38,776.52 | $21,824.41 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

# Compensation and Expenses Worksheet

**Case Number:** 05-80437 DDO
**Debtor:** OBENG AMOAKO, SUSAN MARIE

### 1. COMPUTATION OF COMPENSATION

Total disbursements to other than the debtor are:

Pursuant to 11 U.S.C. § 326, compensation is computed as follows: $21,842.28

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | $21,842.28 | 25% of First $5,000 | $1,250.00 |
| Less | - | $5,000.00 | ($1,250 Maximum) |  |
| Balance |  | $16,842.28 | 10% of Next $45,000 | $1,684.23 |
| Less | - | $16,842.28 | ($4,500 Maximum) |  |
| Balance |  | $0.00 | 5% of Next $950,000 | $0.00 |
| Less | - | $0.00 | ($47,500 Maximum) |  |
| Balance |  | $0.00 | 3% of Balance | $0.00 |

TOTAL COMPENSATION CALCULATED: $2,934.23
Less Previously Paid Compensation: $0.00

**TOTAL COMPENSATION REQUESTED:** **$2,934.23**

### 2. TRUSTEE EXPENSES

The Trustee has incurred the following expenses:

| | |
|---|---|
| COPY: Photocopy/Duplication Expense 68 pages @ 0.25 / page | $17.00 |
| POST: Postage 7 each @ 0.39 / each | $2.73 |
| POST: Postage 1 each @ 2.59 / each | $2.59 |

TOTAL EXPENSES CALCULATED: $22.32
Less Previously Paid Expenses: $0.00

**TOTAL EXPENSES REQUESTED:** **$22.32**

==============

**TOTAL EXPENSES AND COMPENSATION REQUESTED:** **$2,956.55**

**DATED:** 07/25/06

SIGNED _____    TRUSTEE: RANDALL L. SEAVER
                                                  12400 PORTLAND AVENUE SOUTH
                                                  SUITE 132

# Compensation and Expenses Worksheet

**Case Number:** 05-80437 DDO
**Debtor:** OBENG AMOAKO, SUSAN MARIE

**BURNSVILLE, MN  55337**